

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00858-CR

TRAVIS TERRELL LYONS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 180th Judicial District Court of Harris County, Texas.   (Tr. Ct. Cause No. 1235888).

After due consideration, the Court **dismisses** the appeal of the trial court's April 14, 2014 order filed by the appellant, Travis Terrell Lyons, for want of jurisdiction.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 10, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Bland, and Massengale.